UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NICOS L. DINKINS,

                Plaintiff,

-against-

THE STATE OF NEW YORK, et al.,
                Defendants.
-----------------------------------------------------------X

19 CIVIL 8447 (PMH)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 26, 2021, Defendant's motion for summary judgment is GRANTED and the County Defendants' motion for entry of a final judgment under Federal Rule of Civil Procedure 54(b) is DENIED as moot; accordingly, the case is closed.

Dated: New York, New York
       July 27, 2021

RUBY J. KRAJICK
Clerk of Court

BY:

Deputy Clerk